U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN - 2 2011

TONY R. MOORE, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| CHARLES TAYLOR<br>LA. DOC # 229964<br>VS. | CIVIL ACTION NO. 6:11-cv-0505<br><br>SECTION P<br><br>JUDGE DOHERTY |
| OWNER, LOUISIANA CORRECTIONAL<br>SERVICE, INC. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaints be **DISMISSED WITH PREJUDICE** for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

THUS DONE AND SIGNED, in chambers, Lafayette, Louisiana, on this ___ day of _____June_____, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE